IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVIVSION

**BMO HARRIS BANK N.A.**                                                         PLAINTIFF

v.                         No. 4:21-cv-617-DPM

**TRIPLE LEASING, INC.**, an Arkansas
Corporation; **TRIPLE HOLDINGS, INC.**,
an Arkansas Corporation; **TRIPLE
TRANSPORT, INC.**, a Texas Corporation;
and **RODNEY KRUG**, an individual and
citizen of Arkansas                                                              DEFENDANTS

## JUDGMENT

BMO Harris's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 September 2022